UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOHN BARNEY

        Plaintiff(s)        **JUDGMENT**

    (vs)

BAYSIDE STATE PRISON, ET AL.       Civil #08-00128 (RBK)

        Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on March 29, 2010 and no timely objection having been filed,

IT IS, on this 28th day of July, 2010

ORDERED that the report of Hon. John W. Bissell dated March 29, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff John Barney.**

 

                                                 _/s/ Robert B. Kugler_
                                             HON. ROBERT B. KUGLER, U.S.D.J.